UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____          _____
                                                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

# **Certified Mail / RR**

NJAAM
c/o Auto Mall 46 Chrysler Jeep Dodge
PO Box 1996 3008 Drum Point Road
Brick, NJ 08723

Attn: Bankruptcy

JP Morgan Chase Bank N.A
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Attn: Giselle Velez

M&T Bank
Lending Services, Customer Support
PO Box 1288
Buffalo, NY 14240-1288

Attn: Pres./ CEO/ Reg. Agent

Wyndham Vacation Ownership
Po Box 98940
Las Vegas, NV 89193

Attn: Bankruptcy

# **Regular Mail**

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Attn: Bankruptcy

Jackelin Rodriguez
27-29 Springdale Ave.
2nd Floor
Newark, NJ 07107

Jenny Transporter, LLC
27 Springdale Ave, 1st Floor
Newark, NJ 07107

New Jersey Automotive
186 Mantolking Rd. Ste 2
Brick, NJ 08723

Attn: Bankruptcy

New Jersey Division of Taxation
Compliance & Enforcement - Bankruptcy
50 Barrack St., 9th Fl.
PO Box 245
Trenton, NJ 08695

Attn: Bankruptcy

NJ Automotive Accounts Management
AMR Associates
PO Box 1996
308 Drum Point Rd, 2nd Fl, Ste. 1
Brick, NJ 08723

Attn: Bankruptcy

Portfolio Recovery
120 Corporate Blvd
Norfolk, VA 23502

Attn: Bankruptcy

Rey Valerio
27-29 Springdale Ave.
Attic
Newark, NJ 07107

Strand Insurance Finance
22 Tennent Road
PO Box 309
Morganville, NJ 07751

Attn: Bankruptcy

Tania Mena-Liz
243 Franklin St.
Bloomfield, NJ 07003