UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Money Source, Inc.

In Re:

Porfirio Vasquez-Robles

Case No.: __20-23619 RG__

Chapter: __13__

Hearing Date: __2/17/2021__

Judge: __Rosemary Gambardella__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Objection to Confirmation of Plan filed on January 7, 2021, document number 12

_____

Date: 2/5/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*