Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23619−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Porfirio Vasquez−Robles
   27−29 Springdale Ave, 1st Floor
   Newark, NJ 07107

Social Security No.:
   xxx−xx−1905

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 9, 2021.

Dated: April 9, 2021
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-23619-RG
Porfirio Vasquez-Robles                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2               User: admin                                  Page 1 of 2
Date Rcvd: Apr 09, 2021            Form ID: plncf13                             Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Porfirio Vasquez-Robles, 27-29 Springdale Ave, 1st Floor, Newark, NJ 07107 |
| 519064946 | + | Auto Mall 46 Chrysler Jeep Dodge, NJAAM C/O Auto Mall, 46 Chrysler Jeep Dodge, PO Box 1996, 308 Drum Point Road Brick, NJ 08723-6832 |
| 519065628 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519048437 | | Jackelin Rodriguez, 27-29 Springdale Ave., 2nd Floor, Newark, NJ 07107 |
| 519048438 | + | Jenny Transporter, LLC, 27 Springdale Ave, 1st Floor, Newark, NJ 07107-3719 |
| 519083600 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 519048443 | + | NJ Automotive Accounts Management, AMR Associates, PO Box 1996, 308 Drum Point Rd, 2nd Fl, Ste. 1, Brick, NJ 08723-6832 |
| 519048441 | + | New Jersey Automotive, 186 Mantolking Rd. Ste 2, Brick, NJ 08723-5888 |
| 519048445 | + | Rey Valerio, 27-29 Springdale Ave., Attic, Newark, NJ 07107-3719 |
| 519048442 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 519048446 | + | Strand Insurance Finance, 22 Tennent Road, PO Box 309, Morganville, NJ 07751-0309 |
| 519048447 | + | Tania Mena-Liz, 243 Franklin St., Bloomfield, NJ 07003-4822 |
| 519048448 | + | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 519112352 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 09 2021 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 09 2021 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519048436 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 09 2021 20:55:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519048433 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 09 2021 22:30:17 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519048440 | | Email/Text: camanagement@mtb.com | Apr 09 2021 20:55:00 | M&T Bank, Lending Services, Customer Support, PO Box 1288, Buffalo, NY 14240-1288 |
| 519048444 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2021 22:29:11 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519114102 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2021 22:27:58 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 519048449 | | Email/Text: bankruptcydept@wyn.com | Apr 09 2021 20:56:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |

TOTAL: 8

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2021 | Form ID: plncf13 | Total Noticed: 22 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519048434 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519048435 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519048439 | *+ | Jenny Transporter, LLC, 27 Springdale Ave, 1st Floor, Newark, NJ 07107-3719 |
| 519151038 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlos D Martinez | on behalf of Debtor Porfirio Vasquez-Robles cmartinez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4