SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  PORFIRIO VASQUEZ-ROBLES
27-29 SPRINGDALE AVE, 1ST FLOOR
NEWARK,  NJ  07107

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 20-23619

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $23,685.00**

## RECEIPTS AS OF 01/14/2022                (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 01/05/2021 | $200.00 | 7358501000 | 02/03/2021 | $200.00 | 7429801000 |
| 03/02/2021 | $200.00 | 7495416000 | 04/02/2021 | $405.00 | 7572268000 |
| 05/04/2021 | $405.00 | 7649600000 | 06/04/2021 | $405.00 | 7721833000 |
| 07/02/2021 | $405.00 | 7784828000 | 08/03/2021 | $405.00 | 7856203000 |
| 09/08/2021 | $405.00 | 7935888000 | 10/07/2021 | $405.00 | 8002043000 |
| 11/03/2021 | $405.00 | 8060987000 | 12/03/2021 | $405.00 | 8124446000 |

**Total Receipts: $4,245.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $4,245.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|--|------|--------|---------|
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 11/17/2021 | $7.52 | 880,606 | | 12/13/2021 | $96.82 | 882,243 |
| | 12/13/2021 | $57.23 | 882,243 | | 01/10/2022 | $96.84 | 883,901 |
| | 01/10/2022 | $53.08 | 883,901 | | | | |
| M&T BANK | | | | | | | |
| | 11/17/2021 | $10.65 | 881,191 | | 12/13/2021 | $137.17 | 882,812 |
| | 01/10/2022 | $137.19 | 884,462 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 11/17/2021 | $7.41 | 8,002,529 | | 12/13/2021 | $95.46 | 8,002,581 |
| | 01/10/2022 | $95.47 | 8,002,633 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 257.63 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,188.00 | 100.00% | 3,188.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 20-23619**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0001 | JPMORGAN CHASE BANK NA | UNSECURED | 28,114.80 | * | 201.18 | |
| 0002 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0005 | M&T BANK | UNSECURED | 39,831.94 | * | 285.01 | |
| 0007 | NJAAM%AUTOMALL 46 WEST CHRYSLER | UNSECURED | 634.00 | * | 0.00 | |
| 0008 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 27,718.26 | * | 198.34 | |
| 0011 | STRAND INSURANCE FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | TANIA MENA-LIZ | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | THE MONEY SOURCE INC. | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0015 | WYNDHAM VACATION OWNERSHIP | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | JPMORGAN CHASE BANK NA | UNSECURED | 15,410.82 | * | 110.31 | |
| 0018 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $4,240.47**

See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $4,245.00          -     Paid to Claims: $794.84          -     Admin Costs Paid: $3,445.63     =     Funds on Hand: $4.53

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.