| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source Inc.* | |
| In re:<br><br>Porfirio Vasquez-Robles<br><br>                                                Debtor. | Chapter: 13<br><br>Case No.: 20-23619-RG<br><br>Judge Rosemary Gambardella |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Creditor, The Money Source Inc., a creditor in the above styled proceeding, requests that all matters which must be noticed pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, regarding the following property and loan be sent to the undersigned:

Property: **27-29 Springdale Avenue, Newark, NJ 07107**

Loan Number: **xxxxxx1265**

Pursuant to FRBP 2002(g), the undersigned requests that the following address be added to the Court's Master Mailing List:

> Stewart Legal Group, P.L.
> Gavin N. Stewart
> 401 East Jackson Street, Suite 2340, Tampa, FL 33602
> Phone: 813-371-1231
> Fax: 813-371-1232
> gavin@stewartlegalgroup.com

Dated: August 29, 2022

                         By:    */s/Gavin N. Stewart*
                                  Gavin N. Stewart, Esq.