SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:   PORFIRIO VASQUEZ-ROBLES                     Atty:   SCURA WIGFIELD HEYER & STEVENS, LLP
      27-29 SPRINGDALE AVE, 1ST FLOOR                     1599 HAMBURG TURNPIKE
      NEWARK,  NJ  07107                                  WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 20-23619

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $23,685.00**

## RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/05/2021 | $200.00 | 7358501000 | 02/03/2021 | $200.00 | 7429801000 |
| 03/02/2021 | $200.00 | 7495416000 | 04/02/2021 | $405.00 | 7572268000 |
| 05/04/2021 | $405.00 | 7649600000 | 06/04/2021 | $405.00 | 7721833000 |
| 07/02/2021 | $405.00 | 7784828000 | 08/03/2021 | $405.00 | 7856203000 |
| 09/08/2021 | $405.00 | 7935888000 | 10/07/2021 | $405.00 | 8002043000 |
| 11/03/2021 | $405.00 | 8060987000 | 12/03/2021 | $405.00 | 8124446000 |
| 02/22/2022 | $405.00 | 8285709000 | 02/23/2022 | $405.00 | 8293615000 |
| 03/03/2022 | $405.00 | 8317492000 | 04/04/2022 | $405.00 | 8382144000 |
| 05/05/2022 | $405.00 | 8450861000 | 06/02/2022 | $405.00 | 8505957000 |
| 07/05/2022 | $405.00 | 8568863000 | 08/09/2022 | $405.00 | 8639503000 |
| 09/02/2022 | $405.00 | 8685999000 | 10/03/2022 | $405.00 | 8745423000 |
| 11/03/2022 | $405.00 | 8806265000 | 12/15/2022 | $405.00 | 8883168000 |
| 01/03/2023 | $405.00 | 8915486000 | | | |

**Total Receipts: $9,510.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $9,510.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 11/17/2021 | $7.52 | 880,606 | 12/13/2021 | $96.82 | 882,243 |
| | 12/13/2021 | $57.23 | 882,243 | 01/10/2022 | $96.84 | 883,901 |
| | 01/10/2022 | $53.08 | 883,901 | 04/18/2022 | $292.02 | 888,960 |
| | 04/18/2022 | $160.07 | 888,960 | 05/16/2022 | $98.37 | 890,695 |
| | 05/16/2022 | $53.88 | 890,695 | 06/20/2022 | $98.36 | 892,366 |
| | 06/20/2022 | $53.92 | 892,366 | 07/18/2022 | $98.36 | 894,111 |
| | 07/18/2022 | $53.91 | 894,111 | 08/15/2022 | $98.36 | 895,676 |
| | 08/15/2022 | $53.92 | 895,676 | 09/19/2022 | $98.36 | 897,261 |
| | 09/19/2022 | $53.92 | 897,261 | 10/17/2022 | $98.36 | 898,937 |
| | 10/17/2022 | $53.92 | 898,937 | 11/14/2022 | $96.33 | 900,501 |
| | 11/14/2022 | $52.79 | 900,501 | 12/12/2022 | $96.32 | 902,076 |

**Chapter 13 Case # 20-23619**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 12/12/2022 | $52.80 | 902,076 | | | | |
| M&T BANK | | | | | | | |
| | 11/17/2021 | $10.65 | 881,191 | | 12/13/2021 | $137.17 | 882,812 |
| | 01/10/2022 | $137.19 | 884,462 | | 04/18/2022 | $413.73 | 889,606 |
| | 05/16/2022 | $139.37 | 891,292 | | 06/20/2022 | $139.36 | 892,994 |
| | 07/18/2022 | $139.35 | 894,671 | | 08/15/2022 | $139.35 | 896,257 |
| | 09/19/2022 | $139.35 | 897,872 | | 10/17/2022 | $139.35 | 899,522 |
| | 11/14/2022 | $136.47 | 901,087 | | 12/12/2022 | $136.47 | 902,638 |
| NJAAM%AUTOMALL 46 WEST CHRYSLER JEEP DODGE | | | | | | | |
| | 04/18/2022 | $11.13 | 889,099 | | 07/18/2022 | $6.65 | 894,228 |
| | 10/17/2022 | $6.66 | 899,049 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 11/17/2021 | $7.41 | 8,002,529 | | 12/13/2021 | $95.46 | 8,002,581 |
| | 01/10/2022 | $95.47 | 8,002,633 | | 04/18/2022 | $287.90 | 8,002,785 |
| | 05/16/2022 | $96.98 | 8,002,843 | | 06/20/2022 | $96.98 | 8,002,892 |
| | 07/18/2022 | $96.97 | 8,002,950 | | 08/15/2022 | $96.97 | 8,002,997 |
| | 09/19/2022 | $96.97 | 8,003,048 | | 10/17/2022 | $96.97 | 8,003,103 |
| | 11/14/2022 | $94.97 | 8,003,148 | | 12/12/2022 | $94.96 | 8,003,201 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 486.51 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,188.00 | 100.00% | 3,188.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | JPMORGAN CHASE BANK NA | UNSECURED | 28,114.80 | * | 1,276.02 | |
| 0002 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0005 | M&T BANK | UNSECURED | 39,831.94 | * | 1,807.81 | |
| 0007 | NJAAM%AUTOMALL 46 WEST CHRYSLEF | UNSECURED | 634.00 | * | 24.44 | |
| 0008 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 27,718.26 | * | 1,258.01 | |
| 0011 | STRAND INSURANCE FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | TANIA MENA-LIZ | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | THE MONEY SOURCE INC. | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0015 | WYNDHAM VACATION OWNERSHIP | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | JPMORGAN CHASE BANK NA | UNSECURED | 15,410.82 | * | 699.44 | |
| 0018 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $8,740.23**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $9,510.00    -    Paid to Claims: $5,065.72    -    Admin Costs Paid: $3,674.51    =    Funds on Hand: $769.77

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.