Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23619−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Porfirio Vasquez−Robles
   27−29 Springdale Ave, 1st Floor
   Newark, NJ 07107

Social Security No.:
   xxx−xx−1905

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 9, 2021.

On 11/09/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                    December 20, 2023
Time:                    08:30 AM
Location:                Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 13, 2023
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 20-23619-RG

Porfirio Vasquez-Robles                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                  Page 1 of 3

Date Rcvd: Nov 13, 2023                         Form ID: 185                              Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Porfirio Vasquez-Robles, 27-29 Springdale Ave, 1st Floor, Newark, NJ 07107 |
| cr | + | Allied First Bank, SB dba Servbank, P.O. Box 340514, Tampa, FL 33694-0514 |
| 519064946 | + | Auto Mall 46 Chrysler Jeep Dodge, NJAAM C/O Auto Mall, 46 Chrysler Jeep Dodge, PO Box 1996, 308 Drum Point Road Brick, NJ 08723-6832 |
| 519048437 | | Jackelin Rodriguez, 27-29 Springdale Ave., 2nd Floor, Newark, NJ 07107 |
| 519048438 | + | Jenny Transporter, LLC, 27 Springdale Ave, 1st Floor, Newark, NJ 07107-3719 |
| 519048443 | + | NJ Automotive Accounts Management, AMR Associates, PO Box 1996, 308 Drum Point Rd, 2nd Fl, Ste. 1, Brick, NJ 08723-6832 |
| 519048441 | + | New Jersey Automotive, 186 Mantolking Rd. Ste 2, Brick, NJ 08723-5888 |
| 519048445 | + | Rey Valerio, 27-29 Springdale Ave., Attic, Newark, NJ 07107-3719 |
| 519048446 | + | Strand Insurance Finance, 22 Tennent Road, PO Box 309, Morganville, NJ 07751-0309 |
| 519048447 | + | Tania Mena-Liz, 243 Franklin St., Bloomfield, NJ 07003-4822 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2023 23:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2023 23:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519891080 | + | Email/Text: BK@servicingdivision.com | Nov 13 2023 23:55:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ. 85034-7210 |
| 519891079 | + | Email/Text: BK@servicingdivision.com | Nov 13 2023 23:55:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519048436 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2023 23:55:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519048433 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 13 2023 23:38:16 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519065628 | + | Email/Text: RASEBN@raslg.com | Nov 13 2023 23:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519048440 | | Email/Text: camanagement@mtb.com | Nov 13 2023 23:56:00 | M&T Bank, Lending Services, Customer Support, PO Box 1288, Buffalo, NY 14240-1288 |
| 519083600 | + | Email/Text: camanagement@mtb.com | Nov 13 2023 23:56:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 519048444 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2023 23:38:21 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519114102 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2023 23:38:04 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 519048442 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 13 2023 23:55:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 519112352 | + | Email/Text: BK@servicingdivision.com | Nov 13 2023 23:55:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 519048448 | + | Email/Text: BK@servicingdivision.com | Nov 13 2023 23:55:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 519048449 | | Email/Text: bankruptcydept@wyn.com | Nov 13 2023 23:57:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519048435 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519048434 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519048439 | *+ | Jenny Transporter, LLC, 27 Springdale Ave, 1st Floor, Newark, NJ 07107-3719 |
| 519151038 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023                          Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos D Martinez | on behalf of Debtor Porfirio Vasquez-Robles carlos@martinezlegal.co |
| Denise E. Carlon | on behalf of Creditor The Money Source  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Allied First Bank  SB dba Servbank bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source  Inc. bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Debtor Porfirio Vasquez-Robles pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: 185 | Total Noticed: 25 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7