Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.: 20−23619−RG
                         Chapter: 13
                         Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Porfirio Vasquez−Robles
    27−29 Springdale Ave, 1st Floor
    Newark, NJ 07107

Social Security No.:
    xxx−xx−1905

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       9/4/24
Time:       10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Paul Evangelista, Debtor's Attorney

COMMISSION OR FEES
$2,800.00,

EXPENSES
$8.62

If this is a chapter 13 case, the fees and expenses awarded:

      ☑     will not reduce the amount to be paid to general unsecured
               creditors under the plan.

      ☐     will reduce the amount to be paid to general unsecured
               creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 8, 2024
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Porfirio Vasquez-Robles  
    Debtor

Case No. 20-23619-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 08, 2024      Form ID: 137      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Porfirio Vasquez-Robles, 27-29 Springdale Ave, 1st Floor, Newark, NJ 07107 |
| cr | + | Allied First Bank, SB dba Servbank, P.O. Box 340514, Tampa, FL 33694-0514 |
| 519064946 | + | Auto Mall 46 Chrysler Jeep Dodge, NJAAM C/O Auto Mall, 46 Chrysler Jeep Dodge, PO Box 1996, 308 Drum Point Road Brick, NJ 08723-6832 |
| 519048437 | | Jackelin Rodriguez, 27-29 Springdale Ave., 2nd Floor, Newark, NJ 07107 |
| 519048438 | + | Jenny Transporter, LLC, 27 Springdale Ave, 1st Floor, Newark, NJ 07107-3719 |
| 519048443 | + | NJ Automotive Accounts Management, AMR Associates, PO Box 1996, 308 Drum Point Rd, 2nd Fl, Ste. 1, Brick, NJ 08723-6832 |
| 519048441 | + | New Jersey Automotive, 186 Mantolking Rd. Ste 2, Brick, NJ 08723-5888 |
| 519048445 | + | Rey Valerio, 27-29 Springdale Ave., Attic, Newark, NJ 07107-3719 |
| 519048446 | + | Strand Insurance Finance, 22 Tennent Road, PO Box 309, Morganville, NJ 07751-0309 |
| 519048447 | + | Tania Mena-Liz, 243 Franklin St., Bloomfield, NJ 07003-4822 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 08 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 08 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519891080 | + | Email/Text: BK@servicingdivision.com | Aug 08 2024 20:45:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ. 85034-7210 |
| 519891079 | + | Email/Text: BK@servicingdivision.com | Aug 08 2024 20:45:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519048436 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2024 20:45:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519048433 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2024 20:49:19 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519065628 | + | Email/Text: RASEBN@raslg.com | Aug 08 2024 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519048440 | | Email/Text: camanagement@mtb.com | Aug 08 2024 20:45:00 | M&T Bank, Lending Services, Customer Support, PO Box 1288, Buffalo, NY 14240-1288 |
| 519083600 | + | Email/Text: camanagement@mtb.com | Aug 08 2024 20:45:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 519048444 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2024 20:59:55 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519114102 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2024 20:48:50 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |

Case 20-23619-RG    Doc 47    Filed 08/10/24    Entered 08/11/24 00:12:11    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: 137 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 519048442 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 08 2024 20:44:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 520165359 | + | Email/Text: BK@servicingdivision.com | Aug 08 2024 20:45:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 520165360 | + | Email/Text: BK@servicingdivision.com | Aug 08 2024 20:45:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519112352 | + | Email/Text: BK@servicingdivision.com | Aug 08 2024 20:45:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 519048448 | + | Email/Text: BK@servicingdivision.com | Aug 08 2024 20:45:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 519048449 | | Email/Text: bankruptcydept@wyn.com | Aug 08 2024 20:46:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519048435 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519048434 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519048439 | *+ | Jenny Transporter, LLC, 27 Springdale Ave, 1st Floor, Newark, NJ 07107-3719 |
| 519151038 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlos D Martinez | on behalf of Debtor Porfirio Vasquez-Robles carlos@martinezlegal.co |
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Allied First Bank SB dba Servbank bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 08, 2024 | Form ID: 137 | Total Noticed: 27 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Paul Evangelista
    on behalf of Debtor Porfirio Vasquez-Robles pevangelista@scura.com
    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7