UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax : 973-696-8571
Rahaf Alrehaili, Esq.
Email: ralrehaili@scura.com
Counsel for Debtor

In Re:

Porfirio Vasquez-Robles
                        Debtor

Case No.: 20-23619

Judge: TBA

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by Servbank, SB, creditor,

    A hearing has been scheduled for 8/6/2025, at 10:00AM.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I entered into a forbearance agreement on April 2, 2025. The agreement is from 04/25- 6/24. On June 23, 2025. the agreement was extended to September 2025.  with payment resuming on October 1, 2025. I will make my first payment on that date and will continue to make them on a monthly basis.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 7/30/2025

/s/Porfirio Vasquez-Robles
Debtor's Signature

Date:

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*