Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 20−23619−TBA
    Chapter: 13
    Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Porfirio Vasquez−Robles
   27−29 Springdale Ave, 1st Floor
   Newark, NJ 07107

Social Security No.:
   xxx−xx−1905

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/17/25 at 10:00 AM

to consider and act upon the following:

**52** − Motion for Relief from Stay re: 27−29 Springdale Ave., Newark, New Jersey 07107. Fee Amount $ 199. Filed by Gavin Stewart on behalf of Servbank, SB. Hearing scheduled for 8/6/2025 at 10:00 AM, MEH − Courtroom 3E, Newark.. (Attachments: # 1 Certification # 2 Exhibit Note # 3 Exhibit Mortgage # 4 Statement as to Why No Brief is Necessary # 5 Proposed Order # 6 Certificate of Service) (Stewart, Gavin)

Dated: 8/7/25

                                  Jeanne Naughton
                                  Clerk, U.S. Bankruptcy Court