UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Servbank, SB*

In re:

Porfirio Vasquez-Robles

Debtor.

Order Filed on October 14, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 20-23619-TBA

Hearing Date: October 15, 2025

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 14, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Porfirio Vasquez-Robles |
| Case No.: | 20-23619 |
| Caption of Order: | **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Servbank, SB ("Creditor"), and whereas the post-petition arrearage was $23,348.23 as of September 15, 2025, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **27-29 Springdale Ave., Newark, New Jersey 07107** provided that the Debtor complies with the following requirements:

    a. Beginning on or before **October 1, 2025** and continuing for six (6) consecutive months on or before the 1st day of each subsequent month, the Debtor shall cure the post-petition arrearage, namely **$23,348.23**, by **making five (5) monthly payments in the amount of $3,892.00 and one (1) payment in the amount $3,888.23** directly to Creditor; and

    b. In addition, the Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, **beginning with the October 1, 2025 payment** and continuing thereon per the terms of the underlying promissory note and mortgage.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Servbank, SB, 3138 E. Elwood St., Phoenix, AZ 85034**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a), and permitting Creditor to exercise any rights under the loan documents with respect to the above vehicle.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $199.00 to be paid through the Chapter 13 Plan.

6. Nothing herein is intended to prevent the parties from continuing loss mitigation discussions and, if a permanent loan modification is entered into and approved, the terms of the loan modification shall supersede this Order.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Rahaf Alrehaili* | */s/Gavin N. Stewart* |
| Rahaf Alrehaili, Esq. | Gavin N. Stewart, Esq. |
| Scura, Wigfield, Heyer & Stevens | Stewart Legal Group, P.L. |
| 1599 Hamburg Turnpike | 401 East Jackson Street, Suite 2340 |
| Wayne, NJ 07470 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |

United States Bankruptcy Court
District of New Jersey

In re:  
Porfirio Vasquez-Robles  
    Debtor

Case No. 20-23619-TBA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2  
Date Rcvd: Oct 14, 2025    Form ID: pdf903    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Porfirio Vasquez-Robles, 27-29 Springdale Ave, 1st Floor, Newark, NJ 07107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos D Martinez | on behalf of Debtor Porfirio Vasquez-Robles carlos@martinezlegal.co  ray@martinezlegal.co,heidy@martinezlegal.co |
| Denise E. Carlon | on behalf of Creditor The Money Source  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source  Inc. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Allied First Bank  SB dba Servbank bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Servbank  SB bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Debtor Porfirio Vasquez-Robles pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;nrincon@scura.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Rahaf Alrehaili
    on behalf of Debtor Porfirio Vasquez-Robles ralrehaili@scura.com
    ecfbkfilings@scuramealey.com;dstevens@scura.com;pevangelista@scura.com;jromero@scura.com;amurphy@scura.com;dwoody@scura.com;spereyra@scura.com;vmajano@scura.com;nrincon@scura.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9