Certificate Number: 12433-NJ-DE-040522865

Bankruptcy Case Number: 20-23619



12433-NJ-DE-040522865

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 17, 2026</u>, at <u>4:09</u> o'clock <u>PM EST</u>, <u>Porfirio Vasquez, Sr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>January 19, 2026</u>              By:    <u>/s/Lisa Susoev</u>

                                          Name:  <u>Lisa Susoev</u>

                                          Title: <u>Teacher</u>