Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

               Case No.:  20−23619−TBA
               Chapter:  13
               Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Porfirio Vasquez−Robles
   27−29 Springdale Ave, 1st Floor
   Newark, NJ 07107

Social Security No.:
   xxx−xx−1905

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable MARK E HALL on:

Date:     2/18/26
Time:    10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Jamal J Romero, Debtor's Attorney

COMMISSION OR FEES
$4,198.00

EXPENSES
$3.75

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 21, 2026
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23619-TBA |
| Porfirio Vasquez-Robles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 21, 2026 | Form ID: 137 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Porfirio Vasquez-Robles, 27-29 Springdale Ave, 1st Floor, Newark, NJ 07107 |
| cr | + | Allied First Bank, SB dba Servbank, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Servbank, SB, PO Box 340514, Tampa, FL 33694-0514 |
| 519064946 | + | Auto Mall 46 Chrysler Jeep Dodge, NJAAM C/O Auto Mall, 46 Chrysler Jeep Dodge, PO Box 1996, 308 Drum Point Road Brick, NJ 08723-6832 |
| 519048437 | | Jackelin Rodriguez, 27-29 Springdale Ave., 2nd Floor, Newark, NJ 07107 |
| 519048438 | + | Jenny Transporter, LLC, 27 Springdale Ave, 1st Floor, Newark, NJ 07107-3719 |
| 519048443 | + | NJ Automotive Accounts Management, AMR Associates, PO Box 1996, 308 Drum Point Rd, 2nd Fl, Ste. 1, Brick, NJ 08723-6832 |
| 519048441 | + | New Jersey Automotive, 186 Mantolking Rd. Ste 2, Brick, NJ 08723-5888 |
| 519048445 | + | Rey Valerio, 27-29 Springdale Ave., Attic, Newark, NJ 07107-3719 |
| 519048446 | + | Strand Insurance Finance, 22 Tennent Road, PO Box 309, Morganville, NJ 07751-0309 |
| 519048447 | + | Tania Mena-Liz, 243 Franklin St., Bloomfield, NJ 07003-4822 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2026 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2026 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519891080 | + | Email/Text: BK@servicingdivision.com | Jan 21 2026 21:11:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ. 85034-7210 |
| 519891079 | + | Email/Text: BK@servicingdivision.com | Jan 21 2026 21:11:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519048433 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 21 2026 21:19:48 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519048436 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2026 21:11:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519065628 | + | Email/Text: RASEBN@raslg.com | Jan 21 2026 21:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519048440 | | Email/Text: camanagement@mtb.com | Jan 21 2026 21:11:00 | M&T Bank, Lending Services, Customer Support, PO Box 1288, Buffalo, NY 14240-1288 |
| 519083600 | + | Email/Text: camanagement@mtb.com | Jan 21 2026 21:11:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 519048444 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2026 21:19:52 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519114102 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2026 21:19:52 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 519048442 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 21 2026 21:10:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 520759445 | + | Email/Text: BK@servicingdivision.com | Jan 21 2026 21:11:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 520759444 | + | Email/Text: BK@servicingdivision.com | Jan 21 2026 21:11:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 520165359 | + | Email/Text: BK@servicingdivision.com | Jan 21 2026 21:11:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 520165360 | + | Email/Text: BK@servicingdivision.com | Jan 21 2026 21:11:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519112352 | + | Email/Text: BK@servicingdivision.com | Jan 21 2026 21:11:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 519048448 | + | Email/Text: BK@servicingdivision.com | Jan 21 2026 21:11:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 519048449 | | Email/Text: bankruptcydept@wyn.com | Jan 21 2026 21:12:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519048434 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519048435 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519048439 | *+ | Jenny Transporter, LLC, 27 Springdale Ave, 1st Floor, Newark, NJ 07107-3719 |
| 519151038 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Allied First Bank SB dba Servbank bk@stewartlegalgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 21, 2026 | Form ID: 137 | Total Noticed: 30 |

Gavin Stewart
    on behalf of Creditor Servbank  SB bk@stewartlegalgroup.com

Gavin Stewart
    on behalf of Creditor The Money Source  Inc. bk@stewartlegalgroup.com

Jamal J Romero
    on behalf of Debtor Porfirio Vasquez-Robles jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;MOueslati@scura.com;ralrehaili&#064

Marie-Ann Greenberg
    magecf@magtrustee.com

Paul Evangelista
    on behalf of Debtor Porfirio Vasquez-Robles pevangelista@scura.com
    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;nrincon@scura.com

Rahaf Alrehaili
    on behalf of Debtor Porfirio Vasquez-Robles ralrehaili@scura.com
    ecfbkfilings@scuramealey.com;dstevens@scura.com;pevangelista@scura.com;jromero@scura.com;amurphy@scura.com;dwoody@scura.com;spereyra@scura.com;vmajano@scura.com;nrincon@scura.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9