**UNITED STATES BANKRUPTCY COURT
NEW JERSEY DISTRICT OF NEW JERSEY
NEWARK DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **CASE NO.  20-23619-TBA** |
| **PORFIRIO VASQUEZ-ROBLES** | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND
REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING
PROPERTY DESCRIBED AS  27 -29 SPRINGDALE AVE, NEWARK, NJ 07107 AND
THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER
\*\*\*\*\*\*\*3883**

NOW COMES Lakeview Loan Servicing, LLC, by and through its attorney Brock and

Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this

cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings,

documents and hearings; that it receive copies of all documents; and be added to the matrix to be

served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Drive
Winston-Salem, NC 27103
njbkr@brockandscott.com

LoanCare, LLC
3637 Sentara Way
Virginia Beach, Virginia 23452

Please take notice that the undersigned hereby appears as counsel for Lakeview Loan

Servicing, LLC pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is

limited to the instant case noted above and should not be construed as unlimited representation of

26-07053 BKSUP01

 

the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the

instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Kimberly A. Wilson
Andrew Spivack, NJ Bar No. 018141999
Kimberly A. Wilson, NJ Bar No. 031441997
Jay Jones, NJ Bar No. 972011
Brandon Perloff, NJ Bar No. 085462013
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

26-07053 BKSUP01