**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Porfirio Vasquez–Robles | Social Security number or ITIN   xxx–xx–1905 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:   20–23619–MEH | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Porfirio Vasquez–Robles

5/29/26

**By the court:** Mark Edward Hall
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                 **Chapter 13 Discharge**                 page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 20-23619-MEH

Porfirio Vasquez-Robles                                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                   Page 1 of 3

Date Rcvd: May 29, 2026                 Form ID: 3180W                          Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Porfirio Vasquez-Robles, 27-29 Springdale Ave, 1st Floor, Newark, NJ 07107 |
| cr | + | Allied First Bank, SB dba Servbank, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Servbank, SB, PO Box 340514, Tampa, FL 33694-0514 |
| 519064946 | + | Auto Mall 46 Chrysler Jeep Dodge, NJAAM C/O Auto Mall, 46 Chrysler Jeep Dodge, PO Box 1996, 308 Drum Point Road Brick, NJ 08723-6832 |
| 519048437 | | Jackelin Rodriguez, 27-29 Springdale Ave., 2nd Floor, Newark, NJ 07107 |
| 519048438 | + | Jenny Transporter, LLC, 27 Springdale Ave, 1st Floor, Newark, NJ 07107-3719 |
| 519048443 | + | NJ Automotive Accounts Management, AMR Associates, PO Box 1996, 308 Drum Point Rd, 2nd Fl, Ste. 1, Brick, NJ 08723-6832 |
| 519048441 | + | New Jersey Automotive, 186 Mantolking Rd. Ste 2, Brick, NJ 08723-5888 |
| 519048445 | + | Rey Valerio, 27-29 Springdale Ave., Attic, Newark, NJ 07107-3719 |
| 519048446 | + | Strand Insurance Finance, 22 Tennent Road, PO Box 309, Morganville, NJ 07751-0309 |
| 519048447 | + | Tania Mena-Liz, 243 Franklin St., Bloomfield, NJ 07003-4822 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 29 2026 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 29 2026 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519891080 | + | Email/Text: BK@servicingdivision.com | May 29 2026 20:58:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ. 85034-7210 |
| 519891079 | + | Email/Text: BK@servicingdivision.com | May 29 2026 20:58:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519048433 | + | EDI: JPMORGANCHASE | May 30 2026 00:45:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519048436 | | EDI: IRS.COM | May 30 2026 00:45:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521072103 | + | EDI: JPMORGANCHASE | May 30 2026 00:45:00 | JPMorgan Chase Bank NA, PO Box 15368, Wilmington, DE 19850-5368 |
| 519065628 | + | Email/Text: RASEBN@raslg.com | May 29 2026 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 521043022 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 29 2026 20:58:00 | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 521043023 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 29 2026 20:58:00 | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA , 23452, Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519048440 | | Email/Text: camanagement@mtb.com | May 29 2026 20:58:00 | M&T Bank, Lending Services, Customer Support, |

District/off: 0312-2 | User: admin | Page 2 of 3

Date Rcvd: May 29, 2026 | Form ID: 3180W | Total Noticed: 33

| Recip ID | | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 1288, Buffalo, NY 14240-1288 |
| 519083600 | + | Email/Text: camanagement@mtb.com | May 29 2026 20:58:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 519048444 | | EDI: PRA.COM | May 30 2026 00:45:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519114102 | | EDI: PRA.COM | May 30 2026 00:45:00 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 519048442 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 29 2026 20:57:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 520759445 | + | Email/Text: BK@servicingdivision.com | May 29 2026 20:58:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 520759444 | + | Email/Text: BK@servicingdivision.com | May 29 2026 20:58:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 520165359 | + | Email/Text: BK@servicingdivision.com | May 29 2026 20:58:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 520165360 | + | Email/Text: BK@servicingdivision.com | May 29 2026 20:58:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519112352 | + | Email/Text: BK@servicingdivision.com | May 29 2026 20:58:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 519048448 | + | Email/Text: BK@servicingdivision.com | May 29 2026 20:58:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 519048449 | | Email/Text: bankruptcydept@wyn.com | May 29 2026 20:59:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519048434 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519048435 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 521072105 | *+ | JPMorgan Chase Bank NA, P.O. Box 15368, Wilmington, DE 19850-5368 |
| 519048439 | *+ | Jenny Transporter, LLC, 27 Springdale Ave, 1st Floor, Newark, NJ 07107-3719 |
| 519151038 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026 | Signature: /s/Gustava Winters

District/off: 0312-2      User: admin      Page 3 of 3

Date Rcvd: May 29, 2026      Form ID: 3180W      Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Allied First Bank SB dba Servbank bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Servbank SB bk@stewartlegalgroup.com |
| Jamal J Romero | on behalf of Debtor Porfirio Vasquez-Robles jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s |
| Kimberly A. Wilson | on behalf of Creditor Lakeview Loan Servicing LLC kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Paul Evangelista | on behalf of Debtor Porfirio Vasquez-Robles pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amohamed@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com |
| Rahaf Alrehaili | on behalf of Debtor Porfirio Vasquez-Robles ralrehaili@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;pevangelista@scura.com;jromero@scura.com;amurphy@scura.com;spereyra@scura.com;vmajano@scura.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10